**SO ORDERED.**
**SIGNED 12th day of August, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Charles M. Walker**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Glade at Nottingham Nillas Vacation** | ) | **Case No. 3:26-bk-03736** |
| **Condominium Association Inc. et al.[1]** | ) | **Chapter 11, Subchapter V** |
| | ) | **Judge Walker** |
| | ) | |
| **Debtor(s).** | ) | |

## ORDER AND NOTICE OF <u>SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE</u>

The status conference pursuant to 11 U.S.C. § 1188(a) in these cases shall be held in the Customs House, 701 Broadway, Nashville, Tennessee 37203 as indicated below:

| | | |
|---|---|---|
| **Date: 9/23/2026** | **Time: 1:00 p.m.** | **Courtroom: Two** (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203 |

Pursuant to 11 U.S.C. § 1188(c), a Status Conference Report shall be filed by the deadline indicated below, in a format substantially similar to the attachment to this order, addressing the

[1] The Debtors in these jointly-administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number and case number, are as follows: Glade at Nottingham Villas Vacation Condominium Association, Inc. (1243) (Case No. 26-03736); Kensington Woods Townhouse Association, Inc. (4789) (Case No. 26- 03737); Laurel Ridge Townhouses Property Owners Association, Inc. (2402) (Case No. 26-03738); Oak Knoll Property Owners Association, Inc. (5008) (Case No. 26-03739); Sterling Forest Townhouse Association, Inc. (6442) (Case No. 26-03740); Stonecastle Property Owners Association, Inc. (5669) (Case No. 26-03741); Stonecastle Place Property Owners Association, Inc. (0969) (Case No. 26-03742); and Wellington Place Condominium Property Owners Association, Inc. (8511) (Case No. 26-03743). All filings except proofs of claim are to be filed in the lead case. Proofs of claims shall be filed under the case number of the Debtor(s) alleged to owe the debt.

topics identified in the attachment to the extent applicable to this case, as well as any other information believed by Debtor(s) to be pertinent for discussion at the status conference.

**Deadline for Status Conference Report: 9/9/2026**

Pursuant to 11 U.S.C. § 1116(2), the Trustee, counsel for the Debtor(s), and the Debtor(s) are required to be present at the status conference. (In the case of a business entity, a person in senior management familiar with the topics to be discussed shall attend.)

IT IS SO ORDERED.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** |
| | ) | **Chapter 11, Subchapter V** |
| | ) | **Judge** |
| | ) | |
| **Debtor(s).** | ) | **Date of Status Conference:** |

**SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE REPORT**

This report is filed pursuant to the Court's order entered on __________ in connection with the upcoming Small Business Subchapter V Status Conference.

1. **Nature of the Business:**

2. **Location(s) of the Business:**

3. **Ownership of the Business:**

4. **Information Regarding the Number and Types of Employees:**

5. **Primary Cause(s) of the Necessity to File Bankruptcy:**

6. **General Information about the Nature of the Secured, Priority & Unsecured Debt:**

**7. Status of Employment of Professionals:**

**8. Status of Discussions with Trustee:**

**9. Status of Any Cash Collateral, Adequate Protection, or Stay Relief Issues:**

**10. Goals for Reorganization of the Business:**

**11. Financial Projections for Upcoming Six-Month Period and Reasons for Any Significant Variation from Historical Performance:**

**12. Efforts Taken and Status of Achieving a Consensual Plan:**

**13. Whether There Is Any Need to File a Separate Disclosure Statement:**

**14. Whether There Is Any Need to Expand the Proof of Claim Deadline (Automatically Set at 60 Days from Petition Date):**

**15. Any Other Pertinent Information that Should Be Brought to the Court's Attention:**

____________________________________